NTN BEARING CORP. OF AMERICA, NTN CORP., AMERICAN NTN BEARING MFG. CORP., NTN DRIVESHAFT, INC., AND NTN-BOWER CORP., PLAINTIFFS AND DEFENDANT-INTERVENORS v. UNITED STATES, DEFENDANT, AND KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., NSK LTD., AND NSK CORP., DEFENDANT-INTERVENORS, AND TORRINGTON CO., DEFENDANT-INTERVENOR AND PLAINTIFF

Consolidated Court No. 97–01–00092

(Dated October 22, 1999)

## ORDER

TSOUCALAS, *Senior Judge:* Upon consideration of the motion of defendant-intervenors Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A. (hereinafter collectively "Koyo"), for reconsideration, it is hereby

ORDERED that, in light of the decision of the Court of Appeals for the Federal Circuit in *NSK Ltd. v. United States*, 1999 U.S. App. LEXIS 21338, at *21–*30 (Fed. Cir. Sept. 2, 1999), this Court's Order in Slip Op. 99–71, dated July 29, 1999, is modified by redacting the last paragraph

of page fifteen remanding the case to the Department of Commerce with instructions to "review the record to determine whether it is possible to isolate and remove the portions of Koyo's warranty expenses which relate to non-scope merchandise from the adjustments to FMV or to deny the adjustment if such a distinction and apportionment cannot be made"; and it is further

ORDERED that this Court's Order in Slip Op. 99–71 is further modified by extending the date by which the remand results are due to the Court an additional thirty (30) days; and it is further

ORDERED that the remainder of Slip Op. 99–71 is unchanged; and it is further

ORDERED that the Department's final results are affirmed as they apply to Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A.